FILED
 2008 Aug-22 PM 03:00
U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| **SCOTTY DOUGLAS LEE,** )<br>)<br>**Defendant/Movant,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Respondent.** ) | **Case Numbers:**<br>**CR 02-S-73-J**<br>**CV 05-S-8080-J** |

## ORDER

After conducting an evidentiary hearing in this cause, the magistrate judge filed his report and recommendation, recommending that the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 by movant Scotty Douglas Lee be denied. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Consequently, the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is DENIED.

DONE this 22nd day of August, 2008.

_____
United States District Judge